**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 26-cv-23186-JB**

MOSES LEE PLACIDE,
*Also known as* Moses Placid,

      Petitioner,

v.

GARRETT J. RIPA, Field Office Director,
U.S. Immigration and Customs Enforcement,
Miami Field Office, *et al.*,

      Respondents.

_____/

## <u>ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS</u>

**THIS CAUSE** comes before the Court upon Petitioner Moses Lee Placide's Verified Petition for Writ of Habeas Corpus (the "Petition"). ECF No. [1]. Petitioner challenges his immigration detention at the Krome North Service Processing Center and seeks, among other relief, a bond hearing before an immigration judge or immediate release from custody. *Id.* In particular, Petitioner claims he has been wrongfully denied an individualized bond hearing before an immigration judge and seeks a bond hearing pursuant to 8 U.S.C. § 1226(a). *Id.* The Response to the Petition states that "[i]n light of the recent decision in *Hernandez v. Warden*, 25-14065, __ F.4th __ (11th Cir. May 6, 2026), Respondents do not oppose Petitioner's claim that he should be provided a bond hearing before an Immigration Judge pursuant to 8 U.S.C. § 1226(a)." ECF No. [6] at 2.

The facts and legal arguments of this case are nearly indistinguishable from those considered by the Eleventh Circuit Court of Appeals in *Hernandez Alvarez v.*

*Warden, Federal Detention Center Miami* wherein the Court held that immigrants like Petitioner are entitled to an individualized bond hearing under § 1226(a). *Hernandez Alvarez,* No. 25-14065, 25-14075, 2026 WL 1243395, at *1–2 (11th Cir. May 6, 2026). Given *Hernandez Alvarez,* it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Petition, ECF No. [1], is **GRANTED IN PART**. Petitioner falls under 8 U.S.C. § 1226(a), and accordingly, Respondents shall promptly afford Petitioner an individualized bond hearing consistent with 8 U.S.C. § 1226(a) within seven days of this Order or otherwise release Petitioner.

2.     Respondents shall, within 24 hours of the bond hearing, file a Status Report indicating the outcome of the bond hearing and, if release on bond is denied, the reason(s) for the denial.

3.     Any remaining claims in the Petition are **DISMISSED WITHOUT PREJUDICE**.

4.     Any pending motions are **DENIED AS MOOT**.

5.     The     Clerk     is     directed     to     **CLOSE**     this     case.

**DONE AND ORDERED** in Chambers at Miami, Florida this 12th day of May, 2026.

_____

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**